# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANN NIKIA S., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br><br> Commissioner of Social Security, <br><br> Defendant. | Case No. 8:23-cv-02192-JLS-KES <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, briefs, and other records on file herein (Dkt. 1, 7, 9-11), and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 12). Further, the Court has engaged in a de novo review of those portions of the R&R to which objections (Dkt. 14) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that: the R&R is accepted and approved, and Judgment shall be entered affirming the decision of the Commissioner.

DATED: June 30, 2024

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE