JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOVANN NIKIA S.,

      Plaintiff,

   v.

MARTIN O'MALLEY,

Commissioner of Social Security,

      Defendant.

Case No. 8:23-cv-02192-JLS-KES

**JUDGMENT**

    IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of the U.S. Magistrate Judge, the decision of the Commissioner of the Social Security Administration is affirmed.  Judgment is hereby entered against Plaintiff and in favor of the Commissioner.

DATED: June 30, 2024       _____

                  JOSEPHINE L. STATON
                  UNITED STATES DISTRICT JUDGE